MONTGOMERY AMATUZIO
CHASE BELL JONES, LLP
Justin C. Mankin, WY Bar No. 7-6388
John R. Chase, *pro hac vice*
4100 E. Mississippi Ave, 16th Floor
Denver, Colorado  80246
(T) 303-592-6600; (F) 303-592-6666
jmankin@mac-legal.com; jchase@mac-legal.com
*Attorneys for Defendant Target Stores,*
 *a Division of Target Corporation*

### UNITED STATES DISTRICT COURT
### DISTRICT OF WYOMING

| | |
|---|---|
| **VIOLET NEIGHBORS**, an individual ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **Case No. 0:21-cv-00038-ABJ** |
| ) | |
| **TARGET CORPORATION**, A Minnesota ) | |
| Corporation, and **CBL & ASSOCIATES** ) | |
| **LIMITED PARTNERSHIP,** A Delaware ) | |
| Limited Partnership, ) | |
| ) | |
| Defendants, ) | |
| ) | |

### STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Violet Neighbors, Defendant, Target Stores, a division of Target Corporation, and Defendant CBL & Associates Limited Partnership, by and through their undersigned counsel, hereby jointly stipulate, pursuant to F.R.C.P. 41(a)(1)(A)(ii), to dismiss this action and all claims that have been or that could have been asserted in this action, with prejudice, each party to assume and pay her/its respective attorneys' fees and costs. As grounds, Plaintiff and Defendants state that the claims at issue between them have been compromised and settled to their mutual satisfaction and that a separate Release has been executed for good and sufficient consideration.

1

WHEREFORE, the parties request that the Court issue an Order of Dismissal with Prejudice as to this action and all claims that have been or that could have been asserted in this action, each party to bear her/its own costs and expenses.

Respectfully submitted March 30, 2022,

| | |
|---|---|
| DAVIS, JOHNSON & KALLAL, LLC | MONTGOMERY AMATUZIO CHASE BELL JONES LLP |
| By: *s/ Jason Johnson*  <br>     Jason Johnson  <br>     Justin Kallal | By: *s/ John R. Chase*  <br>     Justin C. Mankin  <br>     John R. Chase |
| *Attorneys for* **Plaintiff** | *Attorneys for* **Defendant Target Stores, a Division of Target Corporation** |
| WOOD, SMITH, HENNING & BERMAN LLP | |
| By: *s/ Jason H. Klein*  <br>     Jason H. Klein  <br>     Keith K. Ybanez | |
| *Attorneys for* **Defendant CBL & Associates Limited Partnership** | |

## CERTIFICATE OF SERVICE

      I hereby certify that, on March 30, 2022, a true and correct copy of the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** was prepared for service to the following in the manner indicated below:

| *Counsel for Plaintiff:* | *Counsel for Defendant CBL & Associates Limited Partnership:* |
|---|---|
| Jason Johnson, Esq. | Jason H. Klein, Esq. |
| Justin Kallal, Esq. | Keith K. Ybanez, Esq. |
| Davis, Johnson & Kallal, LLC | Wood, Smith, Henning & Berman LLP |
| 1807 Capitol Avenue, Suite 200 | 1805 Shea Center Drive, Suite 200 |
| Cheyenne, WY 82001 | Highland Ranch, CO 80129 |
| ☐ U.S. Mail  ☐ E-Mail  ☒ ECF | ☐ U.S. Mail  ☐ E-Mail  ☒ ECF |

                                        *s/ Samantha Trujillo*
                                        [Signature on File: Samantha Trujillo]