

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| VIOLET NEIGHBORS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota Corporation, and CBL & ASSOCIATES LIMITED PARTNERSHIP, a Delaware Limited Partnership,<br><br>Defendants. | Case No. 21-CV-00038-ABJ |

# ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on parties' *Stipulation to Dismiss with Prejudice*. ECF No. 48.

The parties informed the Court that the claims at issue between them have been compromised and settled to their mutual satisfaction and a separate release has been executed for good and sufficient consideration. *Id.* at 1.

The parties' request to dismiss the case is therefore **GRANTED**. Accordingly, the case is **DISMISSED with prejudice**.

Dated this 30th day of March, 2022.

Alan B. Johnson
United States District Judge